Mark J. Fonte
Louis M. Gelormino
**F&G Legal Group**
2550 Victory Blvd.
Staten Island, New York 10314
Telephone:     (917) 968-1619
mfontelaw@yahoo.com
louiegels@hotmail.com
*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CNS PARTNERS, INC. d/b/a CORNERSTONE REALTY**, individually, and for all others similarly situated,<br><br>        Plaintiff,<br><br>    -against–<br><br>**THE CITY OF NEW YORK**, **ERIC L. ADAMS, MAYOR OF NEW YORK CITY, IN HIS OFFICIAL CAPACITY, DEPARTMENT OF HEALTH AND MENTAL HYGIENE,** and **DAVE A. CHOKSHI, COMMISSIONER OF THE DEPARTMENT OF HEALTH AND MENTAL HYGIENE, IN HIS OFFICIAL CAPACITY**<br><br>        Defendants. | Case No.: 1:22-cv-00037<br><br>**NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |

**PLEASE TAKE NOTICE** that upon the Complaint (Dkt. No. 1), the Memorandum in Support of Plaintiff's Motion (Dkt. No. 2), and the affidavit of Mark J. Fonte (Dkt. No. 5-1), affirmed on January 4, 2022, Plaintiff CNS Partners, Inc. d/b/a Cornerstone Realty ("Cornerstone Realty") will move this court, before the Honorable Ann M. Donnelly, in the United States Courthouse, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for i) an order pursuant to Federal Rule of Civil Procedure ("Rule") 65 enjoining

Defendants during the pendency of this action from enforcing the DOHMH Order that requires private businesses to enforce a COVID-19 vaccine mandate and ii) an order pursuant to Rule 65, pending the hearing of Plaintiff's application for a preliminary injunction, that temporarily restrains and enjoins Defendants from enforcing the DOHMH Order.

Dated: New York, New York
      January 6, 2022

By: _s/ Mark J. Fonte_ _____
     Mark J. Fonte
     Louis M. Gelormino
     **F&G Legal Group**
     2550 Victory Blvd.
     Staten Island, New York 10314
     Telephone:   (917) 968-1619
     mfontelaw@yahoo.com
     louiegels@hotmail.com
     *Attorneys for Plaintiff and the Class*